UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD B. BROOKS,<br>　　　　Petitioner,<br>　v.<br>R. FOX, Warden,<br>　　　　Respondent. | Case No. 16-cv-06418-HSG (PR)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**<br><br>Re: Dkt. No. 16 |

Good cause appearing, Petitioner's request for an extension of time to file an opposition to Respondent's motion to dismiss is GRANTED. Petitioner shall file his opposition no later than **December 21, 2018**. Respondent shall file his reply no later than **fourteen (14)** days after the date of service of the opposition.

Because it appears that Petitioner may have not received a copy of the motion to dismiss, counsel for respondent is instructed to resend the motion, including exhibits, to petitioner within **seven (7) days** of this order.

This order terminates Docket No. 16.

**IT IS SO ORDERED.**

Dated: 10/23/2018

　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge